B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Middle District of Florida

In re  Lisa D. Amato fka Lisa D. Weil          ,          Case No.  6:16bk 05093 ABB

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Wilmington Savings Fund Society, FSB d/b/a Christiana Trust As Owner Trustee of the Residential Credit Opportunities Trust III
Name of Transferee

Bayview Loan Servicing, LLC
Name of Transferor

Name and Address where notices to transferee should be sent:
  Post Office Box 2741, Seal Beach, FL 90740

Court Claim # (if known): ___5___
Amount of Claim:  $148,405.77
Date Claim Filed:  10/12/2016

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
  FCI Lender Servcies, Inc., P.O. Box 27370, Anaheim Hills, CA 92809-0112

Phone:  800-931-2424 x651
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Daniel S. Mandel                           Date: 06/15/2017
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.